The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CANLIS, INC., a Delaware corporation, | Case No. 2:21-cv-00373 |
| Plaintiff, | **ORDER GRANTING STIPULATION AND JOINT MOTION TO CONSOLIDATE UNDER LCR 42** |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY, a California corporation, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation and Joint Motion to Consolidate. Federal Rule of Civil Procedure 42(a) permits courts to consolidate "[i]f actions before the court involve a common question of law or fact." FED. R. CIV. P. 42(a). This rule affords "broad discretion" to consolidate cases pending in the same district, either upon motion by a party or sua sponte. *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987). Courts consider a number of factors in analyzing the appropriateness of consolidation, including judicial economy, whether consolidation would expedite resolution of the case, whether separate cases may yield inconsistent results, and the potential prejudice to a party opposing consolidation. *See* 8 Moore's Federal Practice—Civil § 42.10[4-5] (2020).

Based on the parties' Stipulation and Joint Motion to Consolidate, the Court concludes that consolidation will best serve judicial economy in resolving the common issues presented by the

similar cases identified and hereby GRANTS the Stipulation and Joint Motion. As such, the Court hereby ORDERS that this case be consolidated under case number 20-cv-1079. The Clerk of the Court is hereby notified of this consolidation.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
United States District Judge